UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                            Case No. 96-80775

v.                                      Honorable John Corbett O'Meara

WALTER NICHOLSON,

    Defendant.
                                         /

## **ORDER DENYING DEFENDANT'S MOTION FOR EXPUNGEMENT**

This matter came before the court on Walter Nicholson's July 10, 2014 motion for expungement. The government filed a response March 10, 2017. No reply was filed, and no oral argument was heard.

There is no federal statue which generally authorizes expungement of a conviction for a federal offense. United States v. Piedmont, 2009 WL 2132627, at *1 (S.D. Ohio 2009). Courts have "uniformly denied expunction requests regarding valid convictions." United States v. Robinson, 1996 WL 107129, at *2 (6th Cir. 1996).

Walter Nicholson submits that he "fully took responsibility for all of [his] action [*sic*] in this matter" and that he is now a productive member of society. Mot. at 1. Nicholson states that he is married and has gone back to culinary school in order to improve his life. Although the court is pleased that Nicholson has put his past

criminal conviction behind him and encourages him to continue on the path he is headed, the court does not have jurisdiction to expunge his felony record.

Accordingly, it is hereby **ORDERED** that Walter Nicholson's July 10, 2014 motion for expungement is **DENIED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date:  March 27, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 27, 2017, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager